IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA A. REYES,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Civil No. 16-cv-1008-JPG-CJP |

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Lisa A. Reyes.

**DATED:** August 11, 2017

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY:** *s/Tina Gray,*
                                                     **Deputy Clerk**

**Approved:**
s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**